# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARY ANN PROTZ | : | No. 412 WAL 2015 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (DERRY AREA SCHOOL | : | |
| DISTRICT), | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  DERRY AREA SCHOOL | : | |
| DISTRICT | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of March, 2016, the Petition for Allowance of Appeal is

**GRANTED.**  The issue, as stated by petitioner, is:

Does Section 306(a.2) of the Pennsylvania Workers' Compensation Act unconstitutionally delegate the State Legislature's lawmaking authority in violation of Article II, Section 1 of the Pennsylvania Constitution by incorporating the most recent edition of the AMA *Guides to the Evaluation of Permanent Impairment*?